IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAMONNIE PRESLEY,<br>    **Plaintiff** | :<br>:   No. 1:25-cv-01826<br>: |
| v. | :   (Judge Kane)<br>: |
| EMPIRE EDUCATION GROUP,<br>    **Defendant** | :<br>: |

## ORDER

**AND NOW**, on this 20th day of November 2025, upon consideration of the Joint Case Management Plan filed by Plaintiff Yamonnie Presley ("Plaintiff") and Defendant Empire Education Group ("Defendant") (collectively, the "parties") (Doc. No. 16), and with specific regard to the parties' request for the entry of a Stipulated Protective Order (Doc. No. 16-1), and upon finding that good cause exists for the entry of a Stipulated Protective Order under In re Avandia Marketing, Sales, Practices, & Prod. Liab. Litig., 924 F.3d 662 (3d Cir. 2019) and Pansy v. Borough of Stroudsburg, 23 F.3d 772 (3d Cir. 1994), specifically, the fact that the parties have stated that discovery in this matter may include the production of student education records or other documents containing such information, **IT IS ORDERED THAT** the Stipulated Protective Order filed by the parties (Doc. No. 16-1) is **APPROVED** by the Court and incorporated into this Order.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                           Middle District of Pennsylvania