**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YAMONNIE PRESSLEY,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE EDUCATION GROUP,<br><br>Defendant. | Civil Action No. 1:25-cv-1826<br><br>The Honorable Yvette Kane<br><br>*Electronically Filed* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties, through their attorneys, hereby file this Joint Stipulation of Dismissal with Prejudice. This matter is completely and finally dismissed with prejudice.

| | |
|---|---|
| April 15, 2026<br>**LAW OFFICES OF ROBERT T VANCE** | Respectfully submitted,<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| */s/Robert T. Vance, Jr.*<br>Robert T. Vance, Jr.<br>Pa. I.D. No. 37692<br>123 South Broad Street, 15th Floor<br>Philadelphia, Pennsylvania 19109<br>(717) 422-5323<br>rvance@vancelf.com<br><br>*Attorney for Plaintiff* | */s/Karen Baillie*<br>Karen Baillie, Pa. I.D. No. 66780<br>Richard B. McGiffin, Pa. I.D. No. 326359<br>Michael Belko, Pa. I.D. No. 332610<br>One PPG Place, Suite 1900<br>Pittsburgh, Pennsylvania 15222<br>(412) 394-3333<br>karen.baillie@ogletree.com<br>richard.mcgiffin@ogletree.com<br>michael.belko@ogletree.com<br><br>*Attorneys for Defendant* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

YAMONNIE PRESSLEY,

    Plaintiff,

    v.

EMPIRE EDUCATION GROUP,

    Defendant.

Civil Action No. 1:25-cv-1826

The Honorable Yvette Kane

*Electronically Filed*

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Joint Stipulation of Dismissal with Prejudice, proposed Order, and this Certificate of Service were filed electronically with the Clerk of Court, served electronically on all counsel of record via the Court's ECF system, and are available for viewing and downloading from the ECF system.

April 15, 2026

Respectfully submitted,
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/Karen Baillie*
Karen Baillie, Pa. I.D. No. 66780
Richard B. McGiffin, Pa. I.D. No. 326359
Michael Belko, Pa. I.D. No. 332610
One PPG Place, Suite 1900
Pittsburgh, Pennsylvania 15222
(412) 394-3333
karen.baillie@ogletree.com
richard.mcgiffin@ogletree.com
michael.belko@ogletree.com
*Attorneys for Defendant*