# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAMONNIE PRESSLEY,

    Plaintiff,

    v.

EMPIRE EDUCATION GROUP,

    Defendant.

Civil Action No. 1:25-cv-1826

The Honorable Yvette Kane

*Electronically Filed*

## ORDER

Upon consideration of the Joint Stipulation of Dismissal with Prejudice, it is hereby ORDERED that the Joint Stipulation is GRANTED.

BY THE COURT:

4/15/26
Date

s/ Yvette Kane
Yvette Kane
United States District Judge
Middle District of Pennsylvania